672404.1
WATANABE ING LLP
A Limited Liability Law Partnership

JONATHAN W.Y. LAI        6540-0
jlai@wik.com
THOMAS J. BERGER        9128-0
tberger@wik.com
First Hawaiian Center
999 Bishop Street, Suite 1250
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION,
as Trustee for Structured Asset Securities
Corporation Mortgage Pass-Through
Certificates, Series 2007-GEL2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ESTELITA T. TERRADO,<br><br>        Plaintiff,<br><br>  vs.<br><br>U.S. BANK NATIONAL ASSOCIATION et al.,<br><br>        Defendants. | Civil No. 1:18-CV-00148-DKW-RLP<br><br>DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' ANSWER IN THE ALTERNATIVE ENTER DEFAULT JUDGMENT, FILED HEREIN ON JANUARY 29, 2019 [DKT. #38]; DECLARATION OF JONATHAN W.Y. LAI; CERTIFICATE OF SERVICE |

**DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' ANSWER IN THE ALTERNATIVE ENTER DEFAULT JUDGMENT, FILED HEREIN ON JANUARY 29, 2019 [DKT. #38]**

COMES NOW, U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2, identified in the Amended Complaint as Defendant U.S. BANK NATIONAL ASSOCIATION et al. (herein *"U.S. Bank"*), by and through its undersigned attorneys, WATANABE ING LLP, and hereby submits its opposition to "*Plaintiff's Motion to Strike Defendants' Answer in the Alternative Enter Default Judgment*" filed herein on January 29, 2019 [Dkt. #38] (the *"Motion to Strike"*) by Plaintiff ESTELITA T. TERRADO *("Plaintiff")*.

Plaintiff's Motion to Strike should be denied as it is procedurally improper and without legal authority.

First, to the extent Plaintiff is seeking entry of default judgment against U.S. Bank, the request should be denied. Federal Rule of Civil Procedure 55(b)(2) authorizes courts to enter a default judgment against a properly served defendant who fails to file a timely responsive pleading. On December 27, 2018, U.S. Bank appeared in this action and filed a motion to dismiss Plaintiff's amended complaint. See ECF Nos. 33, 35. Accordingly, Plaintiff's request for default judgment is without merit as Defendant U.S. Bank appeared in the case and presented its timely defense.

Second, to the extent Plaintiff seeks to strike U.S. Bank's motion to dismiss, any such request should similarly be denied. Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, a Court may strike an "insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."

US Bank's motion to dismiss was timely and properly filed. There is no substantive basis to strike US Bank's motion to dismiss.[1] As the motion to strike is without legal authority and procedurally incorrect, the request to strike should be denied.

## **CONCLUSION**

For the foregoing reasons, U.S. Bank respectfully requests that the Court deny Plaintiff's Motion to Strike.

DATED: Honolulu, Hawaii, February 14, 2019.

>WATANABE ING LLP
>A Limited Liability Law Partnership
>
>**/s/** Jonathan W.Y. Lai
>JONATHAN W.Y. LAI
>THOMAS J. BERGER
>Attorneys for Plaintiff
>U.S. Bank National Association,
>as Trustee for Structured Asset Securities
>Corporation Mortgage Pass-Through
>Certificates, Series 2007-GEL2

---

[1] The motion to strike is also time-barred. See Fed. R. Civ. P. 12(f)(2).

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ESTELITA T. TERRADO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION et al.,<br><br>　　　　Defendants. | Civil No. 1:18-CV-00148-DKW-RLP<br><br>DECLARATION OF JONATHAN W.Y. LAI |

## **DECLARATION OF JONATHAN W.Y. LAI**

I, JONATHAN W.Y. LAI, do declare as follows:

1. I am one of the attorneys representing Defendant U.S. Bank National Association *("US Bank"),* and I have personal knowledge of and am competent to testify to the matters hereinafter stated. I hereby make this declaration in support of DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' ANSWER IN THE ALTERNATIVE ENTER DEFAULT JUDGMENT, FILED HEREIN ON JANUARY 29, 2019 [DKT. #38].

2. On December 27, 2018, our office appeared in this action and filed Defendant U.S. Bank National Association's Motion to Dismiss Plaintiff's Amended Complaint, Filed Herein on July 17, 2018 [DKT. #16], with Prejudice. (the "Motion to Dismiss").  See ECF No. 33.

3. The Court scheduled the hearing on the Motion to Dismiss for February 22, 2019 at 10:30 A.M. in Aha Kupono before the Honorable Derrick K. Watson.  See ECF No. 34.

4. Pursuant to Rule 7.4 of the Local Rules of Practice for the United States District Court for the District of Hawaii, an opposition to a motion set for hearing "shall be served and filed not less than twenty-one (21) days prior to the date of hearing." LR7.4.  Any opposition or reply that is untimely filed may be disregarded by the court or stricken from the record." Id.

5. Plaintiff has not filed a timely opposition to the Motion to Dismiss.

6. Should a belated opposition by Plaintiff be filed, U.S. Bank requests that such opposition be disregarded by the court or stricken from the record.

I, JONATHAN W.Y. LAI, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, February 14, 2019.

/s/ Jonathan W.Y. Lai
JONATHAN W.Y. LAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ESTELITA T. TERRADO | Civil No. 1:2018-CV-001480DKW-RLP |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION et. al., | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2019, a true and correct filed copy of the DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' ANSWER IN THE ALTERNATIVE ENTER DEFAULT JUDGMENT, FILED HEREIN ON JANUARY 29, 2019 [DKT. #38];

DECLARATION OF JONATHAN W.Y. LAI; CERTIFICATE OF SERVICE,

was served on the following parties by depositing a copy of the same in the United

States mail, postage prepaid, addressed as follows:

    ESTELITA T. TERRADO
    P.O. Box 63156
    Ewa Beach, Hawaii 96706

        Plaintiff

        DATED: Honolulu, Hawaii, February 14, 2019.

                **/s/** Jonathan W.Y. Lai
                JONATHAN W.Y. LAI
                THOMAS J. BERGER
                Attorneys for Plaintiff
                US Bank National Association,
                as Trustee for Structured Asset Securities
                Corporation Mortgage Pass-Through
                Certificates, Series 2007-GEL2